**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| MATTHEW MILTON TAYLOR<br>JOELLE LORRAINE TAYLOR | Bankruptcy No. 10-32187 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92006624359466.

3. The amounts are as follows:

| | |
|---|---|
| Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South P.O. Box 3194<br>Salt Lake City, Utah 84110-3931 | $2.17 |
| Mountainland Collections<br>P.O. Box 1280<br>American Fork, Utah 84003 | $0.62 |

4. A check in the amount of $2.79, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 4th day of October, 2011.

KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _4th_ day of _October_, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_/s/_